UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:07-CR-138(01)RM |
| | ) | |
| JEFFERY HENDERSON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 21, 2008 [Doc. No. 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jeffery Henderson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and (b).

SO ORDERED.

ENTERED:   March 12, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court