UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:07-CR-00138(01)RM |
| | ) | |
| JEFFERY HENDERSON | ) | |

## OPINION AND ORDER

Jeffrey Henderson pleaded guilty to a charge of knowingly and intentionally possessing with intent to distribute 5 grams or more of cocaine base (crack) in violation of 18 U.S.C. § 841(a)(1) and (b) and was sentenced to a term of 74 months' imprisonment. He is now before the court asking that he be furnished with a copy of the sentencing transcript, presumably without cost, and a copy of the final judgment.

Congress has addressed the question of furnishing transcripts at public expense in 28 U.S.C. § 753(f), which provides in pertinent part:

> Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Thus, a party may receive a transcript at the government's expense only if the transcript is being "furnished in criminal proceedings" or, upon a further showing, in connection with "proceedings brought under [28 U.S.C. §] 2255." Mr.

Henderson hasn't appealed his conviction or sentence or filed a § 2255 petition, so his criminal proceedings in this court have ended. Too, the court notes Mr. Henderson hasn't been "permitted to sue or appeal in forma pauperis" through an appropriate request. Section 753(f) doesn't authorize Mr. Henderson to receive transcripts free of charge, and his request [Doc. No. 29] is DENIED.

The court will however GRANT Mr. Henderson's request for a copy of his judgment [Doc No. 28], and hereby ORDERS the clerk to send Mr. Henderson a copy of the judgment.

SO ORDERED.

ENTERED:   October 14, 2008

　　/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court